

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTEENTH DISTRICT, AT HOUSTON

No. 14-14-00426-CV

**Jessica Allen**

v.

**Joshua Allen**

(No. 12-12-21748 IN COUNTY COURT AT LAW OF WALLER COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $107.00 | 07/21/2014 | PAID | ANT |
| RPT RECORD | $1,137.00 | 06/23/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/10/2014 | E-PAID | ANT |
| FILING | $175.00 | 06/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 05/30/2014 | E-PAID | ANT |

**The costs incurred on appeal to the Fourteenth Court of Appeals Houston, Texas are $1,449.00.**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FOURTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourteenth District of Texas, November 6, 2015.

CHRISTOPHER A. PRINE, CLERK

